**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **EVAN LAMB, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 3:09-CV-170** |
| ) | **(Phillips/Shirley)** |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM AND OPINION**

This Social Security appeal is before the Court on the Report and Recommendation ("R&R")

filed by United States Magistrate Judge C. Clifford Shirley [Doc. 18]. There have been no timely

objections to the R&R [Doc. 18], and enough time has passed since the filing of the R&R [Doc. 18]

to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate

judge's conclusion that the Commissioner's Motion for Summary Judgment [Doc. 16] be

**GRANTED**, and that Plaintiff's Motion for Summary Judgment [Doc. 12] be **DENIED**.

Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 18] under 28 U.S.C. § 636(b)(1)

and Fed.R.Civ.P. 72(b).

It is **ORDERED,** for the reasons stated in the R&R [Doc. 18], which the Court adopts and

incorporates into its ruling, that the Commissioner's Motion for Summary Judgment [Doc. 16] is

**GRANTED**, and that Plaintiff's Motion for Summary Judgment [Doc. 12] is **DENIED.**

Accordingly, this action is **DISMISSED**.


**ENTER:**

s/ Thomas W. Phillips
United States District Judge